The issues of law in this case are identical with those discussed in George v. State, 26 S. W.(2d) 249, opinion delivered February 26, 1930, not yet officially reported. The transaction for which appellant was convicted in this case was closely related in point of time and place to the two offenses of robbery by assault, of which he was also convicted immediately preceding this trial, one of which is referred to above, and both of which were appealed and reversed and remanded. The discussion in the case first referred to above sufficiently disposes of the law questions in this case without repetition. Upon this authority the judgment of the trial court is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Woodrow HOLMES v. STATE.
No. 13503.

Court of Criminal Appeals of Texas.
April 9, 1930.

H. S. Beard, of Waco, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The trial in the court below appears regular in every way.

The judgment will be affirmed.

### Woodrow HOLMES v. STATE.
No. 13504.

Court of Criminal Appeals of Texas.
April 9, 1930.

H. S. Beard, of Waco, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Forgery is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exceptions. No error has been perceived or pointed out.

The judgment is affirmed.

### Woodrow HOLMES v. STATE.
No. 13505.

Court of Criminal Appeals of Texas.
April 9, 1930.

H. S. Beard, of Waco, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment is in conformity with the statute, and is followed by the charge of the court, judgment, and sentence.

No error appearing, the judgment will be affirmed.

### Woodrow HOLMES v. STATE.
No. 13506.

Court of Criminal Appeals of Texas.
April 9, 1930.

H. S. Beard, of Waco, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for forgery; penalty, confinement in the penitentiary for two years.

The indictment appears regular. The record contains neither bills of exceptions nor statement of facts. No complaints of the rulings of the trial court are brought up for review.

No error having been perceived, the judgment is affirmed.